NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30495
05-DEC-2012
12:40 PM

NO. 30495

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
SARA H. MUNSON, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 09-1-0328(1))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Memorandum Opinion, filed on November 15, 2012, is hereby corrected as follows:

1.    On page 4, in the twenty-fourth line, the reference to "Munson'" should be replaced with "Munson's" so that as corrected, the text reads: "As the result of Munson's attack, . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, December 5, 2012.

FOR THE COURT:

Chief Judge

---

[1]Nakamura, Chief Judge, and Fujise and Ginoza, JJ.